1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  KYLE F. WALDINGER (ILSB 6238304)
   Assistant United States Attorney
5
       450 Golden Gate Ave., Box 36055
6      San Francisco, California 94102
       Telephone:  (415) 436-6830
7      Fax: (415) 436-7234
       E-mail: kyle.waldinger@usdoj.gov
8
   Attorneys for the United States of America
9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                            SAN FRANCISCO DIVISION
12
   UNITED STATES OF AMERICA,        )    No.  CR 09-0824 MMC
13                                  )
          Plaintiff,                )    **STIPULATION AND [PROPOSED]**
14                                  )    **ORDER TO CONTINUE SENTENCING**
            v.                      )    **DATE**
15                                  )
   PETER CHAN,                      )
16                                  )
          Defendant.                )
17  _____)

18       The defendant Peter Chan is scheduled to be sentenced on June 23, 2010.  In an effort to

19  keep the June 23, 2010 sentencing date, the parties previously waived review of the draft

20  presentence report.  However, upon inspection of the final presentence report, the United States

21  identified some questions regarding the defendant's financial assets.  In an effort to provide the

22  parties with sufficient time to resolve the United States' questions regarding this issue prior to

23  sentencing, the parties jointly request that

24       (1)    the Court vacate the sentencing date now set for June 23, 2010, at 2:30

25       p.m. and

26       (2)    re-set the sentencing date for the defendant Peter Chan to July 28, 2010, at

27       2:30 p.m.  This is also the date to which the co-defendant Zhijian Wu has

28

STIP. AND [PROPOSED] ORDER
CR 09-0824 MMC [PETER CHAN]

1  requested that his sentencing date be moved.
2  SO STIPULATED.
3  DATED:  June 16, 2010                    JOSEPH P. RUSSONIELLO
                                            United States Attorney

                                            _____/s/_____
                                            KYLE F. WALDINGER
                                            Assistant United States Attorney

8  DATED:  June 16, 2010
                                            _____/s/_____
                                            DOUGLAS I. HORNGRAD
                                            Attorney for Defendant Peter Chan

## [PROPOSED] ORDER

Good cause appearing, it is hereby ORDERED that the sentencing hearing for the defendant Peter Chan previously scheduled for June 23, 2010 be continued to July 28, 2010, at 2:30 p.m.

DATED:  June _21_, 2010

                                            _____
                                            MAXINE M. CHESNEY
                                            UNITED STATES DISTRICT JUDGE

STIP. AND [PROPOSED] ORDER
CR 09-0824 MMC [PETER CHAN]           2