JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6830
   Fax: (415) 436-7234
   E-mail: kyle.waldinger@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PETER CHAN, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR 09-0824 MMC <br><br> **STIPULATION AND [PROPOSED]** <br> **ORDER TO CONTINUE SENTENCING** <br> **DATE** |

     The defendant Peter Chan is scheduled to be sentenced on July 28, 2010. Upon inspection of the final presentence report, the United States identified some questions regarding the defendant's financial assets. In an effort to provide the parties with sufficient time to resolve the United States' questions regarding this issue prior to sentencing, the parties jointly request that

     (1)    the Court vacate the sentencing date now set for July 28, 2010, at 2:30 p.m. and

///

///

///

///

STIP. AND [PROPOSED] ORDER
CR 09-0824 MMC [PETER CHAN]

1    (2)    re-set the sentencing date for the defendant Peter Chan to September 1,
2    2010, at 2:30 p.m.
3  SO STIPULATED.
4  DATED: July 21, 2010                         JOSEPH P. RUSSONIELLO
                                                United States Attorney
5
6
                                                _____/s/_____
7                                               KYLE F. WALDINGER
                                                Assistant United States Attorney
8
9  DATED: July 21, 2010
                                                _____/s/_____
10                                              DOUGLAS I. HORNGRAD
                                                Attorney for Defendant Peter Chan
11
12
13                              [PROPOSED] ORDER
14      Good cause appearing, it is hereby ORDERED that the sentencing hearing for the
15  defendant Peter Chan previously scheduled for July 28, 2010 be continued to September 1, 2010,
16  at 2:30 p.m.
17
18  DATED: July  22 , 2010                       /s/ Charles R. Breyer for_____
                                                MAXINE M. CHESNEY
19                                              UNITED STATES DISTRICT JUDGE
20
21
22
23
24
25
26
27
28

STIP. AND [PROPOSED] ORDER
CR 09-0824 MMC [PETER CHAN]                2