IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>PETER CHAN,<br><br>    Defendant.<br>_____<br><br>YU FUNG KING,<br><br>    Petitioner<br>_____/ | No. CR-09-0824 MMC<br><br>**ORDER GRANTING REQUEST TO ADD COUNSEL TO ECF FILER LIST; DIRECTIONS TO CLERK** |

    Before the Court is the "Declaration of Counsel in Support of Petition of Yu Fung King Re: $17,800 in U.S. Currency Seized From 309 Cordova Street, San Francisco, with Request to Add Counsel to ECF Filer List," filed September 17, 2010.

    Good cause appearing, counsel's request to be added to the ECF Filer List for the above-titled case is hereby GRANTED, and the Clerk is DIRECTED to add to the docket Mark Vermeulen as counsel for petitioner Yu Fung King.

    **IT IS SO ORDERED.**

Dated: September 21, 2010

                                                      MAXINE M. CHESNEY<br>                                                      United States District Judge