MELINDA HAAG (CSBN 132612)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

KYLE F. WALDINGER (ILSB 6238304)
PATRICIA J. KENNEY (CSBN 154284)
Assistant United States Attorneys

    450 Golden Gate Ave., 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-6857
    Facsimile:  (415) 436-7234
    Email:  kyle.waldinger@usdoj.gov
               patricia.kenney@usdoj.gov

Attorneys for the United States

UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>PETER CHAN,<br><br>               Defendant.<br>_____<br>YU FUNG KING,<br><br>               Petitioner.<br>_____ | **No.  09-CR-0824 MMC**<br><br>**FINAL ORDER OF FORFEITURE<br>AS TO DEFENDANT PETER CHAN** |

On April 7, 2010, defendant Peter Chan plead guilty to Conspiracy to Commit Bank Fraud in violation of 18 U.S.C. § 1349, and agreed to forfeit his interest in the $41,707 in United States Currency which was seized from his residence on November 4, 2009 when law enforcement officers executed a search warrant at that location.  *See* Plea Agreement, filed April 7, 2010.  At the September 1, 2010 sentencing, this Court orally pronounced the forfeiture of the $41,707, divesting

1 all of defendant Chan's interest in it as a part of defendant Chan's sentence, and included the

2 forfeiture in the Judgment entered against defendant Chan on September 7, 2010. *See* Rule

3 32.2(b)(4).

4      Prior to the sentencing, on June 11, 2010, this Court had entered a Preliminary Order of

5 Forfeiture which required the United States to give notice to third parties claiming a right, title or

6 interest in the $41,707 forfeited from defendant Chan. *See* Preliminary Order of Forfeiture [as to

7 Chan], filed June 11, 2010. After the United States provided the proper notice, Yu Fung Kung, the

8 mother of defendant Chan, filed a timely petition on September 17, 2010 claiming an ownership

9 interest in $17,800 of the $41,707 seized and forfeited from defendant Chan. *See* Proof of

10 Publication, filed July 28, 2010; Petition of Yu Fung King; *see also* 21 U.S.C. § 853(n)(6) (as

11 incorporated by 18 U.S.C. § 982(b)). No other timely petitions were filed prior to the deadline for

12 filing, August 20, 2010, which is 30 days after the date of the last published notice. *See* Proof of

13 Publication of Notice of Forfeiture Action, filed July 28, 2010; *see also* Docket Sheet. Further, the

14 United States is unopposed to granting the petition.

15      ACCORDINGLY, IT IS BY THE COURT ON THIS  4th  DAY OF  October  , 2010,

16      ORDERED, ADJUDGED AND DECREED, that the June 11, 2010 Preliminary Order of

17 Forfeiture is hereby modified, pursuant to 21 U.S.C. § 853(n)(6)(A) and (7) and Federal Rule of

18 Criminal Procedure 32.2(c)(2), to forfeit $23,907 of the $41,707 in United States Currency, to the

19 United States; and it is further

20      ORDERED that the United States Marshal Service shall dispose of that $23,907 in

21 accordance with law pursuant to 21 U.S.C. § 853(h); and it is further

22      ORDERED that the remaining $17,800 of the $41,707 in United States Currency shall be

23 returned to petitioner Yu Fung King by a check made out to petitioner and her counsel, Mark

24 Vermeulen, along with the appropriate amount of accrued statutory interest as determined by the

25 United States Marshals Service in accordance with law.

26

27

28                HONORABLE MAXINE M. CHESNEY
                    United States District Judge